200352

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-840 JRT/FLN    **Case Title:** AT&T Corp. v. Summit Transportation, Inc.

Affidavit of Movant

I, Heidi E. Viesturs, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Paul R. Franke, III, an attorney admitted to practice in the U.S. District Court for the District of Colorado, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant AT&T Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation of the case(s) listed below, and that I accept service of all papers served.

Signature    028672X MN Attorney License #    05/15/01 Date

Affidavit of Proposed Admittee

I, Paul R. Franke, III, am currently a member in good standing of the U.S. District Court for the U.S. District Court for the District of Colorado, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Paul R. Franke, III    Type/Print Name
Signature    5/10/01 Date

Attorney License Number: 12275 (Colorado)

Law Firm Name & Address: Hall & Evans, L.L.C.
1200 Seventeenth Street, Suite 1700, Denver, CO 80202

Telephone: (303) 628-3300

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk    MAY 17 2001 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99