UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AT&T Corp., a New York corporation,

Plaintiff,

v.

Summit Transportation, Inc., a Minnesota corpration,

Defendant.

Civil 01-840 JRT/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: May 29, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

AT&T Corp.

vs. 01-840JRT/SRN

Summit Transportation

This case has been referred to Magistrate Judge Susan R. Nelson pursuant to an Order of Recusal by Magistrate Judge Noel. Please note the change of the magistrate's initials in the file number above and indicate those initials in future filings with the court.