**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Civil 01-840 JRT/SRN**

**AT&T Corp.,**
**a New York corporation**

**Plaintiff,**

**v.**

**ORDER OF RECUSAL**

**Summit Transportation, Inc.,**
**a Minnesota corporation,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 4, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUN 04 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate John M. Mason.

AT&T vs. Summit Transportation, Inc.

NEW CASE NUMBER CIVIL 01-840 JRT/JMM

Use this case number for all further filings.