# UNITED STATES DISTRICT COURT
## District of Minnesota

AT&T Corp,

Plaintiff(s)

-vs- Civil Action 01-840JRTR/FLN

Summit Transportation, Inc.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Summit Transportation, Inc. in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Summit Transportation, Inc.

this 2nd day of November, 2001.

RICHARD D. SLETTEN, CLERK

By Denise La Fond

Denise La Fond, Deputy Clerk