**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| AT&T CORP.,<br>a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT TRANSPORTATION, INC.<br>a Minnesota corporation,<br><br>Defendant. | ) | Civil Action No. 01-840 JRT/JMM |

**ORDER GRANTING PLAINTFF'S MOTION FOR ENTRY OF JUDGMENT UPON DEFAULT**

This matter comes before the Court on the Motion of Entry of Judgment Upon Default filed by Plaintiff, AT&T Corp. ("AT&T"). Based on the Motion and the supporting Memorandum of Law, Affidavits and Exhibits, the Court makes the following findings of fact and conclusions of law:

1. Defendant Summit Transportation, Inc.'s ("Summit") registered agent was served with the Summons and Complaint on June 7, 2001, and is in default for failing to answer or respond.

2. The jurisdiction and venue have been considered by this Court and are found to be proper.

3. Summit is a corporate entity and therefore is not an infant, an incompetent person or a member of the military service.

FILED 1-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Summit is indebted to AT&T for telecommunications services provided by AT&T pursuant to Contract Tariff No. 6040 and F.C.C. Tariff Nos. 1, 2 and 14 in the principal amount of $158,570.84 plus pre-judgment interest at the Minnesota legal rate of interest, 6.0% per annum. Post-judgment interest shall accrue pursuant to 28 U.S.C. 1961.

5. AT&T is entitled to recover attorney's fees and costs in this matter:

THEREFORE, IT IS ORDERED:

1. That default judgment shall enter in favor of AT&T and against Summit in the principal amount of $158,570.84, plus pre-judgment interest at the rate of 6.0%, which amounts to $16,805.16 through January 22, 2002. The principal plus interest through January 22, 2002 totals $175,376.00.

2. That the principal sum of $158,570.84, shall accrue interest pursuant to 28 U.S.C. § 1961(a), following entry of judgment.

3. Plaintiff AT&T shall recover reasonable attorney's fees and costs in the amount of $8,216.13, plus an additional amount up to $1,000.00 to be submitted for approval by Plaintiff's counsel.

DATED this 23rd day of January, 2002

John R. Tunheim
United States District Court Judge